In the Matter of the Probate of the Will of JACOB EIDT, JR., Deceased.

CHARLES W. EIDT, Appellant; MARGARET EIDT et al., Respondents.

*Matter of Eidt*, 130 App, Div. 876, affirmed.
(Argued April 26, 1909; decided May 11, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1909, which affirmed a decree of the New York County Surrogate's Court admitting to probate an instrument propounded as the last will of Jacob Eidt, Jr., deceased.

*William M. K. Olcott* and *Theodore J. Breitwieser* for appellant.

*Carl A. Hausmann* and *Hieronymus Breunich* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Absent: WILLARD BARTLETT, J.